DARRYL K. MCMAHAN,

      Plaintiff,

v.

LOWELL S. GRIFFIN, in his official
capacity as Sheriff of Henderson County;
WESTERN SURETY COMPANY, as
surety for the Sheriff; and KENNETH B.
CLAMSER, individually and in his official
capacity

      Defendants

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(c)
[Federal Question]**

Defendants Lowell S. Griffin ("Griffin") in his official capacity as Sherriff of Henderson County, Western Surety Company, as surety for the Sheriff, and Kenneth B. Clamser, in his official and individual capacities (together, "Defendants"), pursuant to 28 U.S.C. §§ 1441, hereby file their Notice of Removal of this action from the North Carolina General Court of Justice, Superior Court Division, Buncombe County, to the United States District Court for the Western District of North Carolina, Asheville Division, pursuant to 28 U.S.C. § 1441. In support of this removal, Defendants state the following:

1. On December 21, 2021, Plaintiff filed a Complaint in Buncombe County Superior Court entitled *Darryl K. McMahan v. Lowell S. Griffin; Western Surety Company; Kenneth B. Clamser*, in Case No. 21-CVS-05005 (the "State Court Action"). Copies of the Summons, Complaint, Acceptance of Service, Motion for Extension of time to respond to

the Complaint, and Order granting the Motion, are collectively attached hereto as **Exhibit A**. These documents constitute all "process, pleadings, and orders" served upon Defendants in the State Court Action as required by 28 U.S.C. § 1446(a).

2. Western Surety Company was served on December 27, 2021. Western Surety moved for an extension of time until February 25, 2022, to respond to the Complaint.

3. Defendants Lowell Griffin and Kenneth Clamser accepted service of the Summons, Complaint and Discovery Requests on January 24, 2022. Their response to the Complaint is due on February 24, 2022.

4. Accordingly, this Notice of Removal has been filed within thirty days of service on Defendants Griffin and Clamser of Plaintiffs' Complaint. 28 U.S.C. § §1446(b)(2)(B), (C).

5. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This action includes claims under 42 U.S.C. § 1983 over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court in its entirety pursuant to 28 U.S.C. § 1441(c).

7. Written notice of the filing of this Notice of Removal will be provided to Plaintiff, together with a copy of the Notice of Removal and supporting papers. Pursuant to 28 U.S.C. § 1446(d), the same will be filed with the Superior Court of Buncombe

County, North Carolina.  A copy of the Notice of Filing Notice of Removal is attached with the State Court documents as **Exhibit B**.

8.     Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiffs, without conceding that Plaintiff has pleaded claims upon which relief can be granted, without admitting that Plaintiffs have standing, and without admitting that Plaintiffs are entitled to any monetary or equitable relief whatsoever.

WHEREFORE, Defendants pray that the above-captioned action now pending against it proceed in this Court as an action properly removed.

Respectfully submitted, this the 17th day of February, 2022.

**WOMBLE BOND DICKINSON (US) LLP**

s/*Sean F. Perrin*

Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4992
Fax No. (704) 338-7814
E-mail: Sean.Perrin@wbd-us.com

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing via the CM/ECF system and mailed a copy to:

George B. Hyler, Jr.
Stephen P. Agan
Hyler & Agan
38 Orange Street
Asheville, NC 28801
*Counsel for Plaintiff*

This the 17th day of February, 2022.

s/ *Sean F. Perrin*

WBD (US) 55665567v1